UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SUDHANSHU SHARMA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:26-cv-00132-JPH-MJD |
| | ) |
| SAMUEL OLSON Field Office Director of | ) |
| Enforcement and Removal Operations, | ) |
| Chicago Field Office, Immigration and | ) |
| Customs Enforcement, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Petitioner filed a petition for a writ of habeas corpus alleging that he is unlawfully detained at the Clay County Jail at the direction of U.S. Immigration and Customs Enforcement. Dot. 1. The petition names as respondents multiple federal officials. However, the petition may not proceed as presented because it does not name as respondents all persons allegedly responsible for Petitioner's detention. *See* 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained."). Namely, the petition does not name as a respondent any official with authority over the Clay County Jail. *See Kholyavskiy v. Achim*, 443 F.3d 946, 953-54 (7th Cir. 2006) (affirming dismissal of habeas petition where petitioner did not name immediate custodian as respondent).

  Petitioner will have **through 5:00 p.m. on February 27, 2026**, to file an amended petition naming all necessary respondents. The Court will issue additional orders once the amended petition has been filed.

**SO ORDERED.**

Date: 2/26/2026

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Nazly Mamedova
Law Office of Nazly Mamedova
nazly@nazlylaw.com