UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| SHARMA SUDHANSHU,<br><br>Petitioner,<br><br>v.<br><br>SAMUEL OLSON Field Office Director of Enforcement and Removal Operations, Chicago Field Office, Immigration and Customs Enforcement, *et al.*,<br><br>Respondents. | ) | No. 2:26-cv-00132-JPH-MJD |

**ORDER STAYING PROCEEDINGS ON MOTION FOR ATTORNEYS' FEES**

The Court granted Sudhanshu Sharma's petition for a writ of habeas corpus in part, ordering Respondents to afford him an administrative bond hearing in his immigration case. Dkt. 13. Petitioner now seeks attorneys' fees under the Equal Access to Justice Act (EAJA). Dkt. 16.

Respondents oppose the motion in part by arguing that this habeas corpus challenge to immigration detention is not a "civil action" in which fees may be awarded under EAJA. Dkt. 19 at 2–5. That is the question presented in *Montoya Palacios v. Liggins*, which is set to be argued before the Supreme Court this term. 146 S. Ct. 2789 (2026). Respondents ask the Court to deny the motion or stay proceedings on it until the Supreme Court rules in *Montoya Palacios*. Dkt. 19 at 5. Petitioner has not replied to oppose a stay.

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy

of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also Texas Indep. Producers & Royalty Owners Ass'n v. E.P.A.*, 410 F.3d 964, 980 (7th Cir. 2005) (citing *Landis*) (staying appeal pending resolution of Fifth Circuit decision on dispositive issue). The Supreme Court's decision in *Montoya Palacios* will decide a threshold that may resolve the fee motion in its entirety.

Therefore, further proceedings on the fee motion, dkt. [16], are **stayed** pending a ruling by the Supreme Court in *Montoya Palacios*. Within **14 days** of the Supreme Court's ruling, Respondents must supplement their response to the fee motion to account for the decision. Petitioner will then have **14 days** to file a supplemental reply.

**SO ORDERED.**

Date: 11/16/2026

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Nazly Mamedova
Law Office of Nazly Mamedova
nazly@nazlylaw.com

Liberty L. Roberts
Church Church Hittle & Antrim
lroberts@cchalaw.com

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov